# United States District Court
## *Southern District of Georgia*

Braja Pandit Smith,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-23,

CO II Carl Anderson, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 11/25/14, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

11/25/14
*Date*

Scott L. ____
Clerk

(By) Deputy Clerk